# Exhibit 1A
# Gabriela Gonzalez Medellin Impact Statement



U.S. Department of Justice
*LAURA E. DUFFY*
*United States Attorney*
*Southern District of California*

Abigail Hooks     O(619) 546-8836
Victim-Witness Specialist    F(619) 546-0720

## DECLARACIÓN DE LA VÍCTIMA SOBRE EL IMPACTO DEL DELITO / DELITOS VIOLENTOS    Estados Unidos c. Lydiana Castro

No. de Expediente del Tribunal: 2016R01133; Núm. de Caso: 16-CR-00731

Nombre de la Víctima: __Gustavo Sánchez Orta__ (Por favor escriba con letra de molde legible)

) Cómo le ha afectado este delito a usted y a su familia?


¿Usted o los miembros de su familia recibió asesoramiento o terapia como consecuencia de este crimen? (___) SÍ/ (X) NO. Por favor, explique. ¿Desea asesoramiento futuro para ayudar a usted y / o recuperación de su familia?


) Ha presentado usted una demanda civil en contra del/los acusado(s)? Si su respuesta es sí, por favor indique el nombre del caso, la ubicación del tribunal, el número del expediente y en qué etapa se encuentra el caso.

No

) Ha recibido usted algún dinero o alguna cosa de valor del/de los acusado(s) como resultado de este litigio? (___) SÍ/ (X) NO. Sí la respuesta es sí, indique cuánto. (Anexe cualquier documento donde conste lo anterior)

## DECLARACIÓN DE LA VÍCTIMA SOBRE EL IMPACTO DEL DELITO / DELITOS FINANCIEROS (Página 2)

) Usted se relaciona con la gente de manera diferente desde que ocurrió el delito? Por favor explique su respuesta.   No

) Han cambiado sus sentimientos acerca de sí mismo y de la sociedad desde el crimen? Por favor, explique .   No

) El delito ha afectado la manera en que su familia se gana la vida y su estilo de vida? Por favor explique su respuesta.   Si

Moral y Economicamente.

) Ha experimentado usted alguna de las siguientes reacciones al delito? (POR FAVOR COMPRENDA QUE ESTAS SON REACCIONES NORMALES A UNA SITUACIÓN O EVENTO TRAUMÁTICO)

_X_ Enojo; _X_ Angustia; ____ Temor; ____ Pena profunda; ____ Culpa; ____ Apatía; ____ Dificultad para dormir; ____ Pesadillas; ____ Cambio de apetito; _X_ Inseguridad; ____ Dificultad para concentrarse; _X_ Recuerdos frecuentes del crimen; ____ Fatiga crónica; ____ Llanto incontrolable; ____ Depresión

Por favor describa cualquier otro sentimiento o emoción que ha sentido usted en respuesta a este delito que usted quiera que sepa el Juez. Esto puede ser algo que usted haya sentido inmediatamente después del delito o algo que usted siga sintiendo en el presente.

Falta de solvencia economica.

) Siente usted que el acusado es o será una amenaza para usted, su familia o la comunidad? (____) SÍ/ (X) NO Por favor explique su respuesta.

)Qué más quisiera usted que sepa el Juez acerca del acusado, o acerca de su situación como resultado del delito?

## DECLARACIÓN DE LA VÍCTIMA SOBRE EL IMPACTO DEL DELITO /DELITOS VIOLENTOS (Página 3)

¿Qué más te gustaría el juez sobre el acusado, la víctima o su familia?

No nada mas la acusada violó las leyes de inmigración sino ha raiz de este delito hubo dos muertes por las cuales no se le esta acusando, ni por los daños causado a los leccionados, en mi caso yo soy la esposa de uno de los fallecidos y quisiera que la acusada y en caso con apoyo del Juez sea me otorgara un apoyo economico para solventar los gastos familiares, ya que de mi esposo dependiamos 3 personas, 2 menores de edad.
Y yo su esposa. Jocelyn Sanchez Gonzalez 10 años. hija
Gustavo Sanchez Gonzalez 8 meses. hijo
Gabriela Gonzales Medellin 37 años esposa.
Por que en el momento que paso yo estaba embarazada tenia 6 meses de embarazo.

¿Te gustaría dirigirse al Tribunal en la audiencia de sentencia.  ( ☒ ) SÍ / NO ( )

## DECLARACIÓN DE LA VÍCTIMA SOBRE EL IMPACTO DEL DELITO / DELITOS VIOLENTOS  (Página 4)

1. Por favor, adjunte la verificación tales como copia de comprobante de pago , si es posible.  (Use hojas adicionales si es necesario)

   A.  Damages

   1. Propiedad perdido, destruido o dañado.

      _____ $ _____

      _____ $ _____

   2. Gastos médicos (adjuntar los recibos justificativos) y/o gastos para servicios funerarios

      gastos funeraria ____ $ 20,000.00

      gastos velorio en casa ____ $ 50,000.00

   Si usted o un miembro de la familia sufrió lesiones físicas , la pérdida de la vida, o amenazado por el delincuente , ¿ha solicitado la indemnización de las víctimas del estado? ( ____ ) SÍ / ( ☒ ) NO. ¿Va a estar experimentando el tratamiento médico a largo plazo ?

   3. Pérdida de ingresos o salarios ... ... ..................... $ 20,000.00

   4. Gastos varios (tipo y cantidad ). Incluir elementos tales como el cuidado de niños durante comparecencias judiciales , costos de transporte durante la investigación , etc.   $ 30,000.00

   5. Gastos de asesoramiento o terapia ................$ _____

   ¿Actualmente en la Consejería? _____

   Pérdida Total $ 120,000.00

   B.  REEMBOLSO RECIBIDO (adjuntar recibos )



U.S. Department of Justice

ALANA W. ROBINSON
Acting United States Attorney
Southern District of California

Abigail Hooks (619) 546-8836
Victim-Witness Specialist Fax (619) 546-0720

## VICTIM IMPACT STATEMENT / VIOLENT CRIME

*If you need more space to answer any of the following questions, please feel free to use as many pages as you need, and attach them to the Victim Impact Statement. Thank You!*

**United States v. Lydiana Castro**
Court Docket Number:16-cr-00731; Case No.: 2016r01133


**Name of Victim: Gustavo Sanchez-Orta(deceased)next of kin Gabriela Gonzalez-Medellin**


How have you and members of your family been affected by this crime?

_____

_____

_____


Have you or members of your family received counseling or therapy as a result of this crime? (____)YES / (__x_)NO Please explain. Do you wish future counseling to assist you and/or your family's recovery?

_____

_____


Have you filed a civil suit against the defendant? (____)YES / ( x_)NO If yes, list the case name, court location, and docket number.

_____

_____


Have you received any money or assets from the defendant as a result of any civil litigation? (____)YES / (__x_)NO If yes, how much?

_____

## VICTIM IMPACT STATEMENT / VIOLENT CRIME (Page 2)

Do you relate to people differently since the crime? Please explain.

No.

Have your feelings about yourself and society changed since the crime? Please explain.

No.

How has the crime affected you and your family's lifestyle?

Morally and financially.

Has the crime affected your family's livelihood? If so, how?

Have you experienced any of the following reactions to the crime: PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.

__x_Anger; _x__Anxiety; ____Fear; ____Grief; ____Guilt; ____Numb; ____Sleep Loss; ____Nightmares; ____Appetite Change; _x__Unsafe; ____Trouble Concentrating; ____Easily startled; ____Forgetfulness; ____Depression; ____Chronic Fatigue; __x_Repeated Memory of Crime; ____Fear the Defendant Will Return; ____Uncontrolled Crying

Please describe any other feelings you have had in response to the crime which you would like to share with the Judge. These may be either feelings you felt immediately after the crime, or those that you still feel.

In need of economic help.

Do you feel the defendant is or will be a threat to you, your family or the community? (___)YES / (_x_)NO Please explain.

## VICTIM IMPACT STATEMENT / VIOLENT CRIME (Page 3)

What else would you like the Judge to know about the defendant, the victim, or your family?

No, only that the defendant violated the immigration law and as a result of her crime there were two deaths for which she is not being accused of and for the damage caused to the wounded. In my case I am the wife of one of the deceased and I would like for the defendant in this case with the judge's support grant some financial help for the expenses we have incurred. My husband had three dependents two of which are minor kids and I. Jocely Sanchez Gonzalez 10 yrs, Gustavo Sanchez-Gonzalez 8 months, and Gabriela Gonzalez Medellin 37. When this incident happened I was 6 months pregnant.

**Would you like to address the court at the sentencing hearing?**

(__x__) YES / (_____) NO

# VICTIM FINANCIAL STATEMENT / VIOLENT CRIME (Page 4)

Please attach verification such as copy of pay stub, if possible.

A. **DAMAGES**

1. List property lost, destroyed or damaged and its value. (Wherever possible, attach receipts, repair bills, etc.)
   _____ ..... $_____
   _____ ..... $_____
   _____ ..... $_____

2. List medical expenses (again, attach any supporting receipts) and/or out of pocket costs for funeral expenses.
   Funeral expenses _____ ..... $_20,000. pesos__
   viewing_____ ..... $_50,000.pesos___
   _____ ..... $_____

   If you or a family member suffered physical injury, loss of life, or threatened by the offender, have you applied for state victim compensation? (____)YES / (__x_)NO. Will you be experiencing long-term medical treatment?
   _____
   _____

3. List lost income or wages  .................... $__20,000 pesos__

4. List miscellaneous expenses (type and amount). Include such items as child care during court appearances, transportation costs during the investigation, etc.
   _____ ..... $30,000. pesos
   _____ ..... $_____
   _____ ..... $_____

5. List expenses for counseling or therapy.       $_____

Are you currently in counseling? _____

                                       **TOTAL LOSS**     **$120,000.00 pesos**

B. **REIMBURSEMENT RECEIVED (Please Attach Receipts)**

1. Property insurance          ..........   $_____
2. Medical insurance           ..........   $_____
3. State Victim Compensation   ..........   $_____
4. Other (list source and amount)
   _transportation _____  .....  $20,000pesos___
   _food_____   .....  $60,000. pesos___

                       **TOTAL REIMBURSEMENT**    **$_200,000.00 pesos_**