# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LYDIANA CASTRO,<br><br>　　　　　　　　　　Defendant. | Case No. 16-cr-00731-BAS-1<br><br>**ORDER DENYING MOTION TO MODIFY RESTITUTION ORDER (ECF No. 65.)** |

　　　While smuggling undocumented immigrants, Defendant Lydiana Castro fled from Border Patrol agents, lost control of the vehicle she was driving and collided with an oncoming semi-truck. The crash killed two occupants of the vehicle and injured four others including Defendant. One of the injured was later determined to be medically brain dead and another was permanently paralyzed from the waist down.

　　　At a restitution hearing, only the two families of the deceased requested restitution. And they only requested that Defendant pay the costs of the funeral and repatriation expenses. The Court granted the request and ordered restitution in the amount of $8,207.67. (ECF No. 62.) While Defendant is incarcerated, the Court ordered that the restitution be paid at a rate of 50% of Defendant's income or $25.00 per quarter, whichever is greater. (*Id.*) After release, the Court ordered that Defendant pay restitution at a rate of $100.00 per month or 25% of Defendant's income. (*Id.*)

Defendant now moves to modify this restitution order arguing that, under the *Chavez* case, the Court should cease all restitution payments, or, at least defer the payments until she is released from custody. The Court assumes Defendant is referencing *Ward v. Chavez*, 678 F.3d 1042 (9th Cir. 2012), which reversed a district court's order that restitution be paid immediately while finding that failing to consider whether the defendant had the resources to pay restitution immediately "impermissibly delegates to the BOP the Court's obligation to set a payment schedule." *Id.* at 1044. However, unlike the court in *Chavez*, this Court did set a payment schedule. While in custody, Defendant is ordered to pay 50% of her income or $25.00. The Court finds no reason to modify this order.

Therefore, the Court **DENIES** Defendant's Motion to Modify the Restitution Order. (ECF No. 65.)

**IT IS SO ORDERED.**

**DATED: April 28, 2021**

Hon. Cynthia Bashant
United States District Judge